| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Gerrard, John M. | 2. Court or Organization<br><br>U.S. District Court, Nebraska | 3. Date of Report<br><br>05/13/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>586 Federal Building<br>100 Centennial Mall North<br>Lincoln, Nebraska 68508 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Governors | Nebraska Wesleyan University |
| 2. | Board of Directors | Federal Judges Association |
| 3. | Adjunct faculty | University of Nebraska College of Law |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerrard, John M. | 05/13/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | University of Nebraska College of Law adjunct salary | $3,950.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | South Lincoln Psychiatry - psychiatric nurse practitioner salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | 05/05/18-05/06/18 | Washington, DC | FJA Board of Directors Meeting | Transportation, meals, lodging |
| 2. | Nebraska State Bar Foundation | 05/09/18-05/13/18 | Reno, NV | National High School Mock Trial Judge | Transportation, meals, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Bank | Personal note | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. First National Bank Omaha Checking Account | A | Interest | J | T | | | | | |
| 2. U.S. Bank Checking Account | A | Interest | J | T | | | | | |
| 3. Stifel Bank Program Money Market Account | A | Interest | J | T | | | | | |
| 4. AAIEX Mutual Fund | A | Dividend | J | T | Sold (part) | 02/21/18 | J | A | |
| 5. | | | | | Sold (part) | 02/23/18 | J | A | |
| 6. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 7. | | | | | Buy (add'l) | 04/21/18 | J | | |
| 8. | | | | | Sold (part) | 11/14/18 | J | A | |
| 9. | | | | | Sold (part) | 11/16/18 | J | A | |
| 10. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 11. ACWX ETF | A | Dividend | | | Buy (add'l) | 02/21/18 | J | | |
| 12. | | | | | Sold (part) | 04/17/18 | J | A | |
| 13. | | | | | Buy (add'l) | 07/18/18 | J | | |
| 14. | | | | | Sold | 10/16/18 | J | A | |
| 15. AEPFX Mutual Fund | A | Dividend | J | T | Sold (part) | 02/21/18 | J | A | |
| 16. | | | | | Buy (add'l) | 06/14/18 | J | | |
| 17. | | | | | Sold (part) | 11/14/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerrard, John M. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 19. AMCFX Mutual Fund | A | Dividend | J | T | Sold (part) | 02/21/18 | J | A | |
| 20. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 21. | | | | | Sold (part) | 11/30/18 | J | A | |
| 22. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 23. APDQX Mutual Fund | A | Dividend | | | Sold | 09/14/18 | J | A | |
| 24. CDC ETF | A | Dividend | L | T | | | | | |
| 25. CEZ ETF | A | Dividend | J | T | | | | | |
| 26. CFA ETF | A | Dividend | L | T | | | | | |
| 27. CFO ETF | A | Dividend | L | T | | | | | |
| 28. CIZ ETF | A | Dividend | K | T | | | | | |
| 29. CSF ETF | A | Dividend | K | T | | | | | |
| 30. EEMS ETF | A | Dividend | | | Sold | 01/23/18 | J | A | |
| 31. ESPNX Mutual Fund | A | Dividend | | | Buy (add'l) | 02/23/18 | J | | |
| 32. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 33. | | | | | Buy (add'l) | 08/24/18 | J | | |
| 34. | | | | | Sold | 09/14/18 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerrard, John M. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. FINSX Mutual Fund | A | Dividend | J | T | Buy (add'l) | 02/12/18 | J | | |
| 36. | | | | | Sold (part) | 02/23/18 | J | A | |
| 37. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 38. | | | | | Sold (part) | 12/03/18 | J | A | |
| 39. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 40. FMIYX Mutual Fund | A | Dividend | J | T | Buy | 11/30/18 | J | | |
| 41. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 42. FSCCX Mutual Fund | A | Dividend | J | T | Buy | 09/14/18 | J | | |
| 43. | | | | | Buy (add'l) | 12/18/18 | J | | |
| 44. | | | | | Buy (add'l) | 12/31/18 | J | | |
| 45. GICIX Mutual Fund | A | Dividend | J | T | Buy | 11/30/18 | J | | |
| 46. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 47. HFOIX Mutual Fund | A | Dividend | | | Buy | 04/17/18 | J | | |
| 48. | | | | | Sold (part) | 05/25/18 | J | A | |
| 49. | | | | | Sold | 11/30/18 | J | A | |
| 50. IAU ETF | A | Dividend | | | Buy (add'l) | 04/17/18 | J | | |
| 51. | | | | | Buy (add'l) | 07/18/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerrard, John M. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 10/16/18 | J | A | |
| 53.  IJJ ETF | A | Dividend | J | T | Sold (part) | 01/23/18 | J | A | |
| 54. | | | | | Buy (add'l) | 02/21/18 | J | | |
| 55. | | | | | Sold (part) | 04/17/18 | J | A | |
| 56. | | | | | Sold (part) | 07/18/18 | J | A | |
| 57. | | | | | Sold (part) | 10/16/18 | J | A | |
| 58.  IJK ETF | A | Dividend | J | T | Buy (add'l) | 01/23/18 | J | | |
| 59. | | | | | Sold (part) | 07/18/18 | J | A | |
| 60.  IJS ETF | A | Dividend | J | T | Sold (part) | 01/23/18 | J | A | |
| 61. | | | | | Buy (add'l) | 02/21/18 | J | | |
| 62. | | | | | Sold (part) | 04/17/18 | J | A | |
| 63. | | | | | Sold (part) | 07/18/18 | J | A | |
| 64.  IJT ETF | A | Dividend | J | T | Buy (add'l) | 01/23/18 | J | | |
| 65. | | | | | Buy (add'l) | 02/21/18 | J | | |
| 66. | | | | | Sold (part) | 04/17/18 | J | A | |
| 67. | | | | | Sold (part) | 07/18/18 | J | A | |
| 68.  IWN ETF | A | Dividend | | | Sold | 01/23/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerrard, John M. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. IWO ETF | A | Dividend | J | T | Sold (part) | 04/17/18 | J | A | |
| 70. | | | | | Sold (part) | 07/18/18 | J | A | |
| 71. | | | | | Buy (add'l) | 10/16/18 | J | | |
| 72. IWP ETF | A | Dividend | | | Sold | 04/17/18 | J | A | |
| 73. IWS ETF | A | Dividend | | | Sold | 01/23/18 | J | A | |
| 74. IYMIX Mutual Fund | A | Dividend | J | T | Buy | 02/21/18 | J | | |
| 75. | | | | | Buy (add'l) | 02/23/18 | J | | |
| 76. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 77. | | | | | Sold (part) | 12/03/18 | J | A | |
| 78. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 79. MADVX Mutual Fund | A | Dividend | | | Buy (add'l) | 02/23/18 | J | | |
| 80. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 81. | | | | | Buy (add'l) | 07/20/18 | J | | |
| 82. | | | | | Buy (add'l) | 10/12/18 | J | | |
| 83. | | | | | Buy (add'l) | 11/28/18 | J | | |
| 84. | | | | | Sold | 12/03/18 | J | A | |
| 85. MISGX Mutual Fund | A | Dividend | J | T | Sold (part) | 02/21/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerrard, John M. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 02/23/18 | J | A | |
| 87. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 88. | | | | | Buy (add'l) | 08/22/18 | J | | |
| 89. | | | | | Buy (add'l) | 08/24/18 | J | | |
| 90. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 91. MQGIX Mutual Fund | A | Dividend | J | T | Sold (part) | 02/23/18 | J | A | |
| 92. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 93. | | | | | Sold (part) | 11/16/18 | J | A | |
| 94. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 95. NWHYX Mutual Fund | A | Dividend | | | Sold (part) | 02/21/18 | J | A | |
| 96. | | | | | Sold | 02/23/18 | J | A | |
| 97. ODVYX Mutual Fund | A | Dividend | J | T | Sold (part) | 02/21/18 | J | A | |
| 98. | | | | | Sold (part) | 02/23/18 | J | A | |
| 99. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 100. | | | | | Buy (add'l) | 11/14/18 | J | | |
| 101. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 102. | | | | | Sold (part) | 12/03/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerrard, John M. | 05/13/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 12/04/18 | J | | |
| 104. REZ ETF | A | Dividend | J | T | | | | | |
| 105. SMGIX Mutual Fund | A | Dividend | J | T | Buy (add'l) | 02/21/18 | J | | |
| 106. | | | | | Buy (add'l) | 02/23/18 | J | | |
| 107. | | | | | Buy (add'l) | 04/12/18 | J | | |
| 108. | | | | | Buy (add'l) | 05/23/18 | J | | |
| 109. | | | | | Buy (add'l) | 05/25/18 | J | | |
| 110. | | | | | Sold (part) | 08/22/18 | J | A | |
| 111. | | | | | Sold (part) | 08/24/18 | J | A | |
| 112. | | | | | Sold (part) | 12/03/18 | J | A | |
| 113. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 114. SPDW ETF | A | Dividend | J | T | | | | | |
| 115. SPY ETF | A | Dividend | | | Sold (part) | 02/21/18 | J | A | |
| 116. | | | | | Sold | 04/02/18 | K | B | |
| 117. VGK EFT | A | Dividend | J | T | | | | | |
| 118. VWO ETF | A | Dividend | J | T | | | | | |
| 119. WMFFX Mutual Fund | A | Dividend | J | T | Buy (add'l) | 02/21/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 03/19/18 | J | | |
| 121. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 122. | | | | | Buy (add'l) | 09/17/18 | J | | |
| 123. | | | | | Sold (part) | 11/30/18 | J | A | |
| 124. | | | | | Buy (add'l) | 12/24/18 | J | | |
| 125. WFMIX Mutual Fund | A | Dividend | J | T | Buy | 09/14/18 | J | | |
| 126. | | | | | Buy (add'l) | 12/11/18 | J | | |
| 127. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 128. American General Universal Life Insurance | | None | J | T | | | | | |
| 129. Nebraska Judges Retirement System (no control) | A | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gerrard, John M. | 05/13/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ John M. Gerrard**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544